**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1852**

———————

ALEXIS CARBERRY,

Plaintiff - Appellant,

v.

LANCASTER COUNTY SHERIFF OFFICE, Individually and represented by Barry Faile; LANCASTER COUNTY MAGISTRATE COURT, represented by Chief Judge Curthisa Ingram; SCDMV, through Kevin Shwedo; SCDSS, through Michael Leach,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Jacquelyn Denise Austin, District Judge.  (0:23-cv-04838-JDA)

———————

Submitted:  November 19, 2024                    Decided:  November 21, 2024

———————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexis Carberry Benson, Appellant Pro Se.  Russell W. Harter, Jr., CHAPMAN, HARTER & HARTER, PA, Greenville, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexis Carberry appeals the district court's order accepting the recommendations of the magistrate judge and dismissing Carberry's civil complaint in part for failure to prosecute and in part for failure to effect service on some of the defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Carberry v. Lancaster Cnty. Sheriff Off.*, No. 0:23-cv-04838-JDA (D.S.C. Aug. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*